UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MARIE EVERS,<br><br>  Plaintiff,<br><br>  v.<br><br>RYAN ULYESES BARNES, et al.,<br><br>  Defendants. | No. 2:25-cv-02094-DC-SCR (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 3, 5) |

Plaintiff Christina Marie Evers is proceeding *pro se* and *in forma pauperis* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 4, 2025, the magistrate judge filed findings and recommendations, which were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 5.) Plaintiff has not filed objections to the findings and recommendations, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 4, 2025 (Doc. No. 5) are

1 | ADOPTED IN FULL;

2. Plaintiff's complaint (Doc. No. 1) is DISMISSED without leave to amend;

3. Plaintiff's motion for a temporary restraining order (Doc. No. 3) is DENIED as the court lacks jurisdiction over any request for relief; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __December 16, 2025__

/s/ Dena Coggins
Dena Coggins
United States District Judge

2